# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JOSEPH CARTER, | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) FILE NO. _____ |
| TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## NOTICE OF REMOVAL

**TO:** Judges of the United States District Court
Northern District of Georgia, Rome Division

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Total Transportation of Mississippi, LLC (hereinafter "Defendant") hereby removes the civil action captioned *Joseph Carter v. Total Transportation of Mississippi, LLC*, Superior Court of Bartow County, Civil Action File No. SUCV2021000303 from the Superior Court of Bartow County, Georgia, to the United States District Court for the Northern District of Georgia, Rome Division. Removal is based upon the following:

892638v.1

**Removal Based on Diversity Jurisdiction**

1. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

**Description of the Action**

2. On March 2, 2021, Plaintiff filed a Complaint against Defendant alleging negligence related to a motor vehicle accident that occurred on or about May 30, 2020 in Bartow County, Georgia. *See* Plaintiff's Complaint ¶ 1, attached as Exhibit "A" and Answer of Total Transportation of Mississippi, LLC ("Answer") ¶ 1, Attached as Exhibit "F".

**Consent for Removal**

3. The procedure for removing a case to Federal Court is codified in 28 U.S.C. § 1446 and requires that "all defendants who have been properly joined **and served**" consent to the removal. 28 U.S.C. § 1446(b)(2)(A) (emphasis added); *Cook v. Randolph County, Ga.*, 573 F.3d 1143, 1150 (11th Cir. 2009); *Tri-Cities Newspaper, Inc. v. Tri-Cities Printing Pressmen and Assistants' Local 349*, 427 F.2d 325, 326-27 (5th Cir. 1970).

4. There are no other parties named as defendants in this case requiring consent pursuant to 28 U.S.C. § 1446(b)(2)(A). This Defendant is the only named defendant, and as such, by and through undersigned counsel, seeks the removal of

this Action.

## The Amount in Controversy Requirement

5. In diversity cases, 28 U.S.C. § 1332(a) requires that the matter in controversy exceed the sum or value of $75,000.

6. Plaintiff seeks to recover medical expenses and lost wages exceeding $65,000 which do not include his claims for pain and suffering. In Plaintiff's demand letter dated October 30, 2020, through counsel, Plaintiff demanded and is seeking $700,000.00 to settle his claim. *See* Letter to US Xpress, Inc. dated October 30, 2020, attached hereto as Exhibit "I". In his Complaint, Plaintiff seeks full compensation for all injuries and damages including medical expenses, lost wages, physical pain, mental and emotional suffering, disability, shock of impact, worry, anxiety, loss of enjoyable activities, and loss of capacity to work. Plaintiff's Complaint ¶ 64.

7. Thus, the amount in controversy has been established pursuant to 28 U.S.C. § 1446(c)(2) as shown by Plaintiff's demand letter and Complaint.

## The Diversity of Citizenship Requirement

8. For diversity jurisdiction under 28 U.S.C. § 1332(a)(1), the parties must be citizens of different states.

9. Plaintiff is a resident of the State of Florida. See Premier Transportation Direct Deposit Paycheck to Joseph Carter attached as Exhibit "J".

892638v.1

Upon information and belief, Plaintiff is a citizen of Georgia and is entirely diverse from these Defendants.

10. This Defendant is a foreign corporation with its state of incorporation and principal place of business being the State of Mississippi and is, therefore, a citizen of Mississippi. *see* Mississippi Secretary of State Business Information on Total Transportation of Mississippi LLC attached as Exhibit "K". Answer of Total Transportation of Mississippi, LLC ¶¶ 2, 15; Plaintiff's Complaint ¶ 15; This Defendant is not a citizen of the State of Georgia and is entirely diverse from Plaintiff.

## Compliance with Deadline for Removal

11. Pursuant to 28 U.S.C. §1446(b)(2)(B), each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons to file the notice of removal.

12. This Defendant was served on March 23, 2021. *See* Affidavit of Service, attached as Exhibit "E".

13. This Defendant has initiated removal within 30 days of service on these Defendants. Based on 28 U.S.C. § 1446(b)(2)(B)-(C) this Notice of Removal is timely filed.

## The State Court Proceeding

18. The state court proceeding is identified as follows: *Joseph Carter v. Total Transportation of Mississippi, LLC*, Superior Court of Bartow County, Civil Action File No. SUCV2021000303.  A Notice of this Removal will be filed with the Superior Court of Bartow County upon filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

## All State-Court Documents

19. Pursuant to 28 U.S.C. § 1446(a), the following state-court filings are attached hereto: Plaintiff's Complaint (Exhibit "A"); General Civil Case Filing Information Form (Exhibit "B"); Summons (Exhibit "C"); Motion for Appointment of Special Process Server, Affidavits and Order (Exhibit "D") Affidavit of Service (Exhibit "E"); Answer of Total Transportation of Mississippi, LLC. (Exhibit "F"); Plaintiff's First Combined Interrogatories and Requests for Admissions served with Complaint to Defendant (Exhibit "G"); Plaintiff's First Combined Request for the Production of Documents and Notice of Taking Deposition *Duces Tecum* of Defendant served with Complaint (Exhibit "H");

**WHEREFORE**, these Defendants exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.* to remove this Action from the State Court of Gwinnett County, Georgia, to the United States District Court, Northern District of Georgia, Atlanta Division.

This the 22nd day of April, 2021

.

                              **NALL & MILLER, LLP**

                By:   */s/ Jacob S. Madsen*
                     **MICHAEL D. HOSTETTER**
                     Georgia Bar No. 368420
                     **JACOB S. MADSEN**
                     Georgia Bar No. 469004

                ***ATTORNEYS FOR DEFENDANT***
                ***TOTAL TRANSPORTATION OF***
                ***MISSISSIPPI, LLC.***

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
jmadsen@nallmiller.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **NOTICE OF REMOVAL (FEDERAL)** with the Clerk of Court in this matter and served a true copy of same by First Class U.S. Mail, proper postage prepaid, to counsel of record listed below.

R. Sean McEvoy, Esq.
**WITHERITE LAW GROUP, LLC**
600 West Peachtree Street, NW, Suite 740
Atlanta, GA 30308
Telephone: 470-480-7540
Email: sean.mcevoy@witheritelaw.com

*Counsel for Plaintiffs*

This the 22nd day of April, 2021

**NALL & MILLER, LLP**

By:   */s/ Jacob S. Madsen*
        **MICHAEL D. HOSTETTER**
        Georgia Bar No. 368420
        **JACOB S. MADSEN**
        Georgia Bar No. 469004

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
jmadsen@nallmiller.com

*ATTORNEYS FOR DEFENDANT TOTAL TRANSPORTATION OF MISSISSIPPI, LLC.*

892638v.1