## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOSEPH CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL TRANSPORTATION OF MISSISSIPPI, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.: 4:21-cv-00086-TWT<br><br>JURY TRIAL DEMANDED |

### STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Joseph Carter, by and through the undersigned counsel, has agreed to the stipulated dismissal of all claims asserted in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

This 30th day of November, 2021.

    Respectfully submitted,

    **NALL & MILLER, LLP**

    By: */s/ Jacob S. Madsen*
        **MICHAEL D. HOSTETTER**
        Georgia Bar No. 368420
        **JACOB. S. MADSEN**
        Georgia Bar No. 228033

921692v.1

|  |  |
|---|---|
|  | **ATTORNEYS FOR DEFENDANT TOTAL TRANSPORTATION OF MISSISSIPPI, LLC** |
| 235 Peachtree Street, N.E.<br>North Tower, Suite 1500<br>Atlanta, GA  30303-1401<br>Phone: 404-522-2200<br>Facsimile: 404-522-2208<br>mhostetter@nallmiller.com<br>jmadsen@nallmiller.com |  |
|  | **WLG Atlanta LLC**<br><br>By: /s/ *R. Sean McEvoy*<br>   **R. SEAN MCEVOY\*\***<br>   **\*\* Signed by Jacob S. Madsen**<br>      **with Express Permission**<br>   Georgia Bar No.  490918<br><br>**ATTORNEYS FOR PLAINTIFF** |
| 600 Peachtree Street, Suite 4010<br>Atlanta, Georgia 30308<br>Telephone: 470.480.7540<br>sean.mcevoy@witheritelaw.com |  |

2

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH CARTER,<br><br>　　Plaintiff,<br><br>v.<br><br>TOTAL TRANSPORTATION OF MISSISSIPPI, LLC,<br><br>　　Defendant. | CIVIL ACTION FILE<br>NO.: 4:21-cv-00086-TWT<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **STIPULATED DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

**Sean McEvoy**
**WLG Atlanta, LLC**
600 Peachtree Street, Suite 4010
Atlanta, Georgia 30308
Telephone: 470.480.7540
sean.mcevoy@witheritelaw.com

This 30th day of November, 2021.

921692v.1

By: /s/ *Jacob S. Madsen*
**MICHAEL D. HOSTETTER**
Georgia Bar No. 368420
**JACOB S. MADSEN**
Georgia Bar No. 469004
**ATTORNEYS FOR DEFENDANT TOTAL TRANSPORTATION OF MISSISSIPPI, LLC**

921692v.1